UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER ANTHONY LEMA,<br><br>    Plaintiff,<br><br>    v.<br><br>R. PEREZ, et al.,<br><br>    Defendants. | Case No. 2:24-cv-0269-TLN-JDP (P)<br><br>**ORDER** |

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 21, 2024, the magistrate judge filed findings and recommendations which were served on all parties, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff filed objections to the findings and recommendations.

The Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]"). Having carefully reviewed the entire file, including plaintiff's objections, the Court finds the

1

findings and recommendations to be supported by the record and by proper analysis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations, (ECF No. 25), are ADOPTED in full;

        2. Defendants' motion to dismiss, (ECF No. 17), is GRANTED; and

        3. The Clerk of Court is directed to close this case.

Date: December 13, 2024

_____

TROY L. NUNLEY

CHIEF UNITED STATES DISTRICT JUDGE